IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DYLAN WEISMAN, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **LIBERTY MUTUAL INSURANCE**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 25-1885-KSM** |

## ORDER

**AND NOW**, this 27th day of June, 2025, upon consideration of Defendant's Motion to Dismiss Counts I and III of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 12), Plaintiffs' response in opposition (Doc. No. 13), and Defendant's reply brief in support of its motion, it is **ORDERED** that Defendant's motion (Doc. No. 12) is **GRANTED**, and Counts I and III of the Complaint are **DISMISSED with prejudice**.

    **IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.